■ In the Matter of ALUMINUM FABRICATORS, INC., against APEX WINDOW Co., INC. (WILLIAM ROTHMAN).— Motion for stay denied, with $10 costs. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

■ BRITISH FILMS DO BRAZIL, LTDA., v. LONDON FILM PRODUCTIONS, INC. — Motion to dismiss appeal granted on consent, without costs. Concur — Breitel, J. P., Botein, Frank, Valente and McNally, JJ.

## (October 8, 1957)

■ DOROTHY S. ROSEN, Respondent, v. ANDREW W. GOTZ et al., Doing Business as ANMA REALTY SYNDICATE, Appellants.— Judgment appealed from reversed and new trial ordered, on the ground of excessiveness of verdict, unless the plaintiff stipulates to reduce verdict to the sum of $12,000, in which event, the judgment, as so modified is affirmed, without costs. All concur. Settle order. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ YVETTE CONCOFF, an Incompetent, by Her Ancillary Committee, JEANNE DABAH, Respondent, v. OCCIDENTAL LIFE INSURANCE COMPANY OF CALIFORNIA, Appellant.— Judgment so far as appealed from unanimously affirmed, with costs to respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ LEFFERT HOLZ, Superintendent of Insurance of the State of New York, as Liquidator of the Preferred Accident Insurance Company of New York, Respondent, v. M. L. NATHANSON & CO., INC., Appellant.— Judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ. [5 Misc 2d 266.]

■ LOUIS ROMANO, Appellant, v. GREAT ATLANTIC & PACIFIC TEA COMPANY, Respondent.—Judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. HOWARD KENNEDY, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ In the Matter of SELMA ELLISON, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, and J. P. HALL, Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ In the Matter of the Construction of the Will of HENRY D. MERCER, Deceased. ESTHER REYNOLDS et al., Appellants; PAUL W. HAVENER, Respondent.— Decree so far as appealed from affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Valente and McNally, JJ.

■ FRAMEN STEEL SUPPLY COMPANY INC., Appellant, v. IRVING TRUST COMPANY et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs to respondents. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ IRVING MILLER, Respondent, v. KINGS MERCANTILE CO., INC., Appellant.— Judgment and order unanimously affirmed, with costs to respondent. No opinion. Concur — Peck, P. J., Breitel, Frank and Valente, JJ. [See post, p. 940.]